UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CAMERON STINE,

    Plaintiff,

v.

ASHLEY HOME STORES, LTD.,

    Defendant.

Case No. 21-cv-328-JPG

## JUDGMENT

This matter having come before the Court and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice and without costs.

**DATED: May 7, 2021**

                                                **MARGARET M. ROBERTIE, Clerk of Court**
                                                **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**